NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE PREMA JYOTHI LIGHT**

---

2014-1597

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 76/293,326.

---

**ON MOTION**

---

**O R D E R**

Prema Jyothi Light moves for an extension of time, until November 5, 2014, to file her opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) The revised official caption is reflected above.

2                                        IN RE LIGHT

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21